# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2547
LT Case No. 2022-CF-001189

———————————————

TRAVIS SHELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

Matthew J. Metz, Public Defender, and Andrew Mich,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.

January 13, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EISNAUGLE and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————